KAMILCH  EDUARD    4207799
**Name and Prisoner/Booking Number**

SACRAMENTO  COUNTY  MAIN  JAIL
**Place of Confinement**

651  I  STREET  4-EAST-216
**Mailing Address**

SACRAMENTO, CA  95814
**City, State, Zip Code**

**FILED**

DEC 26 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

KAMILCHU, EDUARD                )
**(Full Name of Plaintiff)**         Plaintiff,   )
                                )
            v.                  )  **CASE NO.** 2:18-CV-3266-DB PC
                                )  2:1 8 - CV - 3266 - DB PC
(1) SACRAMENTO COUNTY SHERIFF'S  , )      (To be supplied by the Clerk)
**(Full Name of Defendant)**          )
(2) CALIFORNIA HIGHWAY PATROL   , )
                                )
(3) SACRAMENTO PUBLIC DEFENDER OFFICE )   **CIVIL RIGHTS COMPLAINT**
                                )        **BY A PRISONER**
(4) STATE/COUNTY JUDGE      , )     "JURY TRIAL"
            Defendant(s).       )   ⊠Original Complaint   DEMANDED
☐ Check if there are additional Defendants and attach page 1-A listing them. )  ☐First Amended Complaint
                                )   ☐Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:

    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

    ☐ Other: _____.

2.  Institution/city where violation occurred: SACRAMENTO, CALIFORNIA          .

## B. DEFENDANTS

1.  Name of first Defendant: ___BLANKENSHIP___. The first Defendant is employed as:
    ___OFFICER___ at ___CALIFORNIA  HIGHWAY  PATROL___.
            (Position and Title)                       (Institution)

2.  Name of second Defendant: ___SUNNY  PALEY___. The second Defendant is employed as:
    ___PUBLIC  DEFENDER___ at ___OFFICE  OF  THE  PUBLIC  DEFENDER___.
            (Position and Title)                       (Institution)

3.  Name of third Defendant: _____. The third Defendant is employed as:
    _____ at ___SACRAMENTO  COUNTY  SHERIFFS___.
            (Position and Title)                       (Institution)

4.  Name of fourth Defendant: _____. The fourth Defendant is employed as:
    _____ at ___SACRAMENTO  COUNTY  COURT___.
            (Position and Title)                       (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?  ☐ Yes  ☒ No

2.  If yes, how many lawsuits have you filed? _____.  Describe the previous lawsuits:

    a. First prior lawsuit:
       1.  Parties: _____ v. _____
       2.  Court and case number: _____.
       3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
           _____.

    b. Second prior lawsuit:
       1.  Parties: _____ v. _____
       2.  Court and case number: _____.
       3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
           _____.

    c. Third prior lawsuit:
       1.  Parties: _____ v. _____
       2.  Court and case number: _____.
       3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
           _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: AMENDMENT XIV
CITIZEN RIGHTS.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care

   ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation

   ☐ Excessive force by an officer      ☐ Threat to safety      ☒ Other: TAMPERING OF EVIDENCE.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   (CHP)　　　　　— PAGE ATTACHED— CLAIM I  X - 2-PGS

   THIS IS IN REGARDS TO: COM; DCN- P0107260751434000B35
   AND THE NIGHT OF THE ARREST: 20100815

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I HAD BEEN FRAMED AND FALSELY ACCUSED OF A DUI. THIS HAD AN
   IMPACT ON MY LIFE IN MANY WAYS, LOSS OF JOBS, CARS BEING IMPOUNDED,
   SUFFERING FROM PTSD EVERSINCE THIS INCIDENT" I FEEL LIKE I HAVE NO RIGHTS."

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☐ Yes   ☒ No

   b. Did you submit a request for administrative relief on Claim I?      ☒ Yes   ☒ No

   c. Did you appeal your request for relief on Claim I to the highest level?      ☐ Yes   ☒ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I HAD A FEAR OF BEING HARRASED AND RETALIATED
   AGAINST. THIS HAS HAPPENED AND CONTINUES TO HAPPEN.

CHP RELATED

① ON THIS DATE: (2010-08-15) BEING A "DD" FOR MY OLDER BROTHER.
I HAD A FORD "FWD" RENTAL CAR FROM THE MAZDA DEALERSHIP
IN ROSEVILLE, CA BECAUSE MY CAR A MAZDA RX-8 GTS "RWD" WAS
GETTING WARRANTED ENGINE WORK DONE AT THE DEALERSHIP.
LATER THAT NIGHT WHILE ON GARDEN HYWY ON THE ON-RAMP TO
I-5 S  I LOST CONTROL OF THE VEHICLE AND SMACKED A CURB.
I HAD THEN CALLED OUT A TOW TRUCK AND A FAMILY MEMBER
TO COME PICK US UP "ME AND MY DRUNK BROTHER"

② CHP ARRIVED, THERE WAS TWO OFFICERS IN UNIFORM. THEY CAME OUT
AND MADE A REPORT AND WHERE ABOUT TO LET US GO, WHILE
HOLDING MY CA DL, BEFORE HANDING IT BACK, OFFICER BLANKENSHIP
ASK ME ABOUT MY LAST NAME /NATIONALITY "HE ASKED ME IF I WAS
RUSSIAN." AS SOON AS I REPLIED TO THE OFFICER; "WHAT DIFFERENCE
WOULD IT MAKE". AFTER MY REPLY HE FOUND IT NECESARY TO ACCUSE
ME OF DRIVING UNDER THE INFLUENCE OF DRUGS OR ALCOHOL, AND
USED THE BREATHELIZER 2 OR 3 TIMES, ALSO HAD A SUBRIETY TEST
DONE, I BLEW 0² AND PASSED THE TEST. THEN THIS OFFICER
DECIDED HE NEEDED TO TAKE ME IN FOR A BLOOD DRAW AND MY
BROTHER FOR BEING DRUNK IN PUBLIC. I DID NOT REFUSE.

③ WHILE IN THE BACK OF THE CHP PATROL CAR, OFFICER BLANKENSHIP
TURNED OFF THE CAMERA/RECORDING DEVICE, AND THIS IS SOME OF
THE THINGS HE STATED: "FUCK YOU RUSSIANS, GO BACK TO YOUR COUNTRY
FUCK YOUR MOTHER, FATHER AND GRAND PARENTS, AND KIDS." HE
CALLED MY MOTHER A WHORE AND PULLING OUT MY MILITARY ID
AND STATED. "YOU THINK YOUR A BAD ASS BECAUSE YOU ARE A
U.S. MARINE" THEN THIS OFFICER CLAIMED/THREATEND HE COULD KICK
MY ASS / KILL ME EASY" IN OTHER WORDS BEAT ME UP.  ⟶

CLAIM I     PG- 1 OF 2

MANY MORE THINGS WERE SAID ON HIS PART. BAD RACIAL THINGS THAT WERE DISCRIMINATING AGAINST ME, MY FAMILY, NATIONALITY, RELIGION AND MILITARY SERVICE. EVEN MY AGE AND SEX WERE UNDER FIRE BY THIS CHP OFFICER'S FILTHY REMARKS AND SPEACH.

④ WHEN WE ARRIVED AT SACRAMENTO COUNTY MAIN JAIL, MY BLOOD WAS DRAWN. AFTER THIS I WAS LED INTO A ROOM TO BE SEARCHED BY SACRAMENTO SHERIFFS DEPUTIES. THIS CHP OFFICER ORDERED THE SHERIFFS DEPUTIES TO BEAT ME UP/JUMP ME. WHILE OFFICER BLANKENSHIP WAS LOOKING THROUGH THE WINDOW WITH A GRIN ON HIS FACE.

⑤

⑥ I BAILED OUT THAT NIGHT.
LATER ON I FILED A COMPLAINT WITH THE INTERNAL AFFAIRS REGARDING THE CONDUCT OF THESE SHERIFFS DEPUTIES, NOT SURE IF THIS CHP OFFICER WAS INCLUDED IN THE INVESTIGATION OR NOT.

⑦ I HAD A PANEL ATTORNEY SUBPENA THE VIDEO FOOTAGE OF THE INCIDENTS THAT NIGHT INCLUDING THE FOOTAGE OF THE CHP OFFICERS HANDELING OF MY BLOOD DRAW. "MY BLOOD VIAL WAS TOSSED INTO THE TRASH BIN AND ANOTHER ONE WAS PICKED UP AND MY NAME LABLE WAS STUCK ONTO THE OTHER VIAL"

⑧ DUE TO ALL THIS EVIDENCE AND CRIMINAL TREATMENT OF MY PERSON, I WAS WANTING TO TAKE THIS TO TRIAL AND PROVE MY INNOCENTS. BUT I WAS REFUSED MY CONSTITUTIONAL RIGHT TO A TRIAL BY JURY BY THE COURTS.

## CLAIM II

1. State the constitutional or other federal civil right that was violated: __AMENDMENT  XIV__
   __CITIZEN  RIGHTS__.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ___

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   (SHERIFFS DEP)  — PAGE ATTACHED — CLAIM II  X - 1 PG

   THIS IS IN REGARDS TO: COM: DCN-P01072607514340000535
   AND THE NIGHT OF THE ARREST: 20100815

   "THE SACRAMENTO COUNTY JAILS POLICY HAS DEPRIVED"
   ME AND OTHERS OF OUR CONSTITUTIONAL RIGHTS.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   PHYSICAL AND PSYCHOLOGICAL INJURIES WERE AQUIRED FROM BEING
   BEATEN UP, LIFE BEING THREATEND. CALL IT PTSD, I STILL SUFFER FROM
   IT AND ALSO AM BEING RETALIATED AGAINST TILL THIS DAY.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Claim II?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I HAD A FEAR OF BEING HARRASED AND RETALIATED
   AGAINST. THIS HAS HAPPENED AND CONTINUES TO HAPPEN.

4

SHERIFFS/JAIL RELATED

(4) AFTER THE CHP OFFICER PROCESSED MY BLOOD I WAS HANDED OVER TO THE CARE OF SACRAMENTO COUNTY SHERIFFS DEPUTIES TO BE "PROPERLY BOOKED" I WAS LED INTO A SMALL ROOM WHERE I WAS TO BE SEARCHED. I WAS THE JUMPED BY MY GUESS "7 SHERIFFS DEPUTIES" AND BEATEN UP, AFTER THIS I WAS TAKEN AND SLAMED AGAINST THE WALLS THAT LED UP TO THE FINGER PRINT SCANERS AND PHOTO BOOTH. WHILE BEING PHOTO GRAPHED TWO/THREE SHERIFFS DEPUTIES WERE TWISTING MY ARMS AND FINGERS ATTEMPTING TO BREAK THEM. "CHECK OUT MY MUG SHOT"

(5) AFTER THAT AMAZING TREATMENT I WAS LED TO A HOLDING TANK, THESE SHERIFFS DEPUTIES STATED WHILE LEADING ME TO THIS TANK." YOUR LUCKY WE DIDNT BRING YOU INTO A BACK ROOM WITH NO CAMERAS AND OFFED YOU" "KILLED YOU".

(6) I BAILED OUT THAT NIGHT. LATER ON I FILED A COMPLAINT WITH THE INTERNAL AFFAIRS REGARDING THE CONDUCT OF THESE SHERIFFS DEPUTIES.

(7) I HAD VIDEO FOOTAGE SUBPENAD REGARDING THIS INCIDENT.

CLAIM II   PG-1 OF 1

THOSE WHO OPPRESS SHOULD BE OPPRESSED
OR CORRECTED STERNLY.

## CLAIM III

1. State the constitutional or other federal civil right that was violated: AMENDMENT (VII) (XIV) RIGHT OF TRIAL BY JURY, (V) DUE PROCESS OF LAW.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

- ☐ Basic necessities
- ☐ Mail
- ☒ Access to the court
- ☐ Medical care
- ☐ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☐ Retaliation
- ☐ Excessive force by an officer
- ☐ Threat to safety
- ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

COURT/JUDGE/PD   — PAGE ATTACHED — CLAIM III  X-2·PGS

THIS IS IN REGARDS TO: COM: DCN-P01072607513434000536
CNT:02  23152 (B)  #10M07502  ON DATE: 20140307

"MR. KAMILCHU BEFORE A KANGAROO COURT"

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

THE SITUATION I AM IN TODAY, MY LOSS OF PROPERTY, RIGHTS STARTED AND ENDED IN THAT COURT ROOM.

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes ☒ No

   b. Did you submit a request for administrative relief on Claim III?   ☐ Yes ☒ No

   c. Did you appeal your request for relief on Claim III to the highest level?   ☐ Yes ☒ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. THREATS TO MY BEING WERE MADE BY MEN IN UNIFORM.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

COURT/JUDGE/PUBLIC DEFENDER

I WAS TOLD BY MY TRIAL ATTORNEY "SUNNY PALEY" MY NEXT
COURT DATE WE WERE SET FOR JURY TRIAL, THIS WAS YEARS
AFTER THE ARREST/BAIL, AFTER THE ARREST I HAD MOVED
OUT OF CALIFORNIA TO MAKE A BETTER CHANGE AND MOVED
TO WASHINGTON STATE WITH THE COURTS KNOWING I HAD A
NEW LIFE, JOB, DOMESTIC PARTNER WHICH WAS NOTICEBLY
PREGNANT AT THE TIME OF THIS COURT DATE/TRIAL DATE.
I AND MY PREGNANT GIRLFRIEND DROVE OUT OF STATE TO
SACRAMENTO COUNTY COURT FOR THE JURY TRIAL. THIS WAS
SUPPOSE TO HAVE BEEN SET BASED ON WHAT MY ATTORNEY
SAID. WHEN WE ARRIVED I DID NOT SEE ATTORNEY "SUNNY PALEY"
AND WAS NOT ABLE TO REACH HER BY PHONE. I HAD THE COURT
BAILIFF CHECK FOR MY NAME ON THE COURT ROSTER, MY NAME
WAS NOT ON IT ( I WAS NOT SCHEDEVALED) I WAS TOLD TO WAIT,
I WAITED AND WAITED TILL THE COURT ROOM WAS EMPTIEDE,
AFTER THE LAST PERSON LEFT THE ROOM, THE COURT ROOM
WAS RUSHED BY MULTIPLE SHERIFFS DEPUTIES ABOUT 6 OR
MORE. BLOCKING THE COURT ROOM EXIT AND LOCKING THE
COURT DOORS SO NO ONE COULD ENTER. THE JUDGE STEPED
DOWN AND OUT AND A NEW JUDGE "FEMALE" SAT DOWN,
I DONT RECAL IF THE DA OR OTHER COURT PERSONEL
WERE ORDERED TO LEAVE OR REPLACED BY OTHERS. I WAS
TOLD TO STAND IN FRONT OF THIS JUDGE THAT I HAVE
NEVER SEEN BEFOR. WITHOUT MY ATTORNEY PRESENT. AND THIS
IS WHAT SHE SAID: "MR. KAMILCHU YOU HAVE NO RIGHTS, YOU
WONT BE GETTING A JURRY TRIAL, WE CAN INCARSERATE
YOU INDEFENANTLY WITHOUT A CAUSE. IF YOU DONT PLEAD

CLAIM III          PG- 1 OF 2

GUILTY TO THESE CHARGES" WITH MY GIRLFRIEND
PREGNANT WITH MY DAUGHTER SITTING THERE. I WAS
FORCED TO PLEAD GUILTY TO THIS CHARGE FOR
SOMETHING I WAS INNOCENT OF. BEING ALSO FORCED
INTO A SITUATION OF BEING AFRAID OF THE SHERIFFS
DEPARTMENT PERSONNEL AFTER AN INCIDENT OF BEING
JUMPED AND BEATEN UP BY 7 SHERIFFS DEPUTIES AT
THE TIME OF THE "ALLEGED" DUI ARREST. I HAD FILED
COMPLAINTS WITH THE "INTERNAL AFFAIRS" OFFICE REGARDING
THE 7 SHERIFFS DEPUTIES AND THEIRE CONDUCT. I KNOW MY
CONSTITUTIONAL RIGHTS / HUMAN RIGHTS WHERE VIOLATED.
WHY WAS I FORCED TO TAKE A CHARGE WHEN I WAS
INNOCENT AND WANTED TO PROVE IT IN FRONT OF A JURY.
AND WAS DENIED THIS BASIC RIGHT. WHAT WAS THE COURTS
TRYING TO HIDE FROM THE PUBLIC / JURY? DO TO ALL THIS
I WAS FORCED TO MOVE BACK TO SACRAMENTO AND HAD
AN IMPOSSIBLE TIME GETTING PROFESIONAL EMPLOYMENT
DO TO THIS DUI CHARGE. THIS LED ME BACK ON THE STREETS
USING ILICT DRUGS AND A DARK LIFE STYLE THAT COMES
WITH SUCH THINGS. I BELIEVE THIS INCIDENT IN JAN 2018
WOULD HAVE BEEN AVOIDED IF MY BASIC RIGHTS AS A U.S.
CITIZEN WERE NOT VIOLATED YEARS AGO FORCING ME INTO
UNEMPLOYMENT WHICH LED TO MY DRUG USE AND PERONOIA
THAT IS CLEARLY SEEN IN THE JAN 2018 INCIDENT.

CLAIM III                    PG-2 OF 2

## E. REQUEST FOR RELIEF

State the relief you are seeking:

① $10,000,000
② I WOULD ALSO LIKE THE DUI CHARGE DROPED
③ AND WOULD LIKE ALL HARRASMENT TO STOP.

④ I WANT DONE WHATS RIGHT, PLEASE!

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12-15-2018
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6