UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARD KAMILCHU,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY SHERIFF'S, et al.,<br><br>Defendants. | No. 2:18-cv-3266 DB P<br><br><br>ORDER |

Plaintiff is a county inmate proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate jurisdiction. (ECF No. 4.) Plaintiff claims his rights were violated in connection with a 2010 driving under the influence ("DUI") arrest and related court proceedings. Presently before the court is plaintiff's motion for reconsideration. (ECF No. 11.)

By order dated May 21, 2019, the court screened plaintiff's complaint and granted his motion to proceed in forma pauperis. (ECF No. 8.) Plaintiff has now filed a motion requesting reconsideration of the court's May 21, 2019 order directing the Sacramento County Sheriff to collect funds from plaintiff's trust account to be sent to the Clerk of the Court toward payment of the filing fee. (ECF No. 9.) In support of his motion, he states that he assumed the court would grant a fee waiver because he is incarcerated and has no access to funds. He argues that while he stated on the application that he received Veteran's disability benefits, he does not presently have access to those funds.

1

Plaintiff is informed that because he is proceeding in forma pauperis, he is not required to prepay the filing fee in full. The court's May 21, 2019 order only authorizes removal of funds when the amount in his inmate trust account exceeds $10.00. Additionally, only an amount equal to twenty percent (20%) of the preceding month's income credited to the inmate's trust account when the amount exceeds $10.00 will be forwarded to the Clerk of the Court toward payment of the filing fee. To the extent plaintiff seeks an order relieving him of the obligation to pay altogether, he is informed that the filing fee is statutorily required and must be collected from plaintiff's inmate trust account. See Myers v. Pulido, No. 1:16-cv-0638 SAB PC, 2016 WL 6723937 (E.D. Cal. Nov. 14, 2016) (denying plaintiff's motion to be relieved of the obligation to pay the filing fee).

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF No. 11) is denied.

Dated: July 2, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Civil.Rights/kami3266.recon