UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARD KAMILCHU,<br><br>  Plaintiff,<br><br>  v.<br><br>SACRAMENTO COUNTY SHERIFF'S, et al.,<br><br>  Defendants. | No. 2:18-cv-3266 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a county inmate proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate jurisdiction. (ECF No. 4.) Plaintiff claims his rights were violated in connection with a 2010 driving under the influence ("DUI") arrest and related court proceedings.

By order dated November 4, 2019, plaintiff's complaint was screened and dismissed with thirty days leave to file an amended complaint. (ECF No. 15.) Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly assign a district judge to this action.

////

////

////

1    IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u>
2 Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 3, 2020

[Signature]

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Civil.Rights/kami3266.f&r.fta