UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARD KAMILCHU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY SHERIFF'S, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-3266 TLN DB P<br><br><br>FINDINGS AND RECOMMENDATIONS |

    Plaintiff is a former county and current state inmate who was proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate jurisdiction. (ECF No. 4.) Plaintiff claims his rights were violated in connection with a 2010 driving under the influence ("DUI") arrest and related court proceedings. Presently before the court is plaintiff's request for stay and abeyance. (ECF No. 29.) For the reasons set forth below, the undersigned will recommend that the request be denied.

    By order dated September 22, 2023, the District Judge adopted the undersigned's findings and recommendations and dismissed this action without prejudice. (ECF No. 23.) Thereafter, plaintiff filed a notice of appeal. The appeal was dismissed for failure to prosecute on January 23, 2024. (ECF No. 30.)

    Plaintiff states that due to his ongoing health issues he is "unable to pursue and all legal matters." (ECF No. 29 at 1.) He states he has attempted to find assistance writing or typing and is awaiting diagnostic work-up to diagnose his illness and disability. (Id.) He requests that the

1

1    court "place in abeyance (stay) all active matters until there is resolution of the issues above."

2    (Id.)

3    The United States Supreme Court has clearly indicated that "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants. How this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance." Landis v. North American Co., 299 U.S. 248, 254-55 (1936). In this regard, "the proponent of the stay bears the burden of establishing its need." Clinton v. Jones, 520 U.S. 681, 706 (1997).

Plaintiff has not indicated why imposition of stay is necessary. Nor has he indicated that he intends to file a post-judgment motion and his appeal was dismissed. Accordingly, the undersigned finds that plaintiff has not established any reason supporting the imposition of a stay in this action. Therefore, the undersigned will recommend that the request be denied.

IT IS HEREBY RECOMMENDED that plaintiff's request for stay (ECF No. 29) be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 23, 2024

_____

DEBORAH BARNES

UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil.Rights/R/kami3266.stay