UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARD KAMILCHU, | No. 2:18-cv-03266-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| SACRAMENTO COUNTY SHERIFF'S, et al. | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

On February 23, 2024, the magistrate judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that as follows:

1. The Court ADOPTS IN FULL the magistrate judge's findings and recommendations; and

2. Plaintiff's request for stay and abeyance is DENIED (ECF No. 29).

IT IS SO ORDERED.

Date: September 24, 2024

Troy L. Nunley
United States District Judge